Client Ref: 2410040

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

RANDEALL LEE BOSE; NANCY BOSE; et al

Plaintiff(s),

Index #: 7:24-cv-1333
Filing Date: Fri, Feb 23 2024

vs.

**AFFIDAVIT OF SERVICE**

COUNTY OF DUTCHESS

Defendant(s),

STATE OF NEW YORK
COUNTY OF DUTCHESS ss:

NICOLE FROST, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York

That on Mar 1, 2024, 2:30 pm EST at 22 MARKET STREET 5TH FLOOR, POUGHKEEPSIE, NY 12601, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT; CIVIL COVER SHEET on the COUNTY OF DUTCHESS (Defendant) herein known as the recipient.

Said Service was effected in the following manner;

A Government Agency, by delivering thereat a true copy of each to ELIZABETH M. WOLF, Senior Assistant County Attorney, personally. Deponent knew said recipient so served to be the Government Agency described as COUNTY OF DUTCHESS and knew said individual to be thereof and authorized to accept service of process.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows: Age: 40-50; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'8"; Hair: Brown;

Sworn to before me on 3/4/2024

_Jill Marie Herrington_

JILL MARIE HERRINGTON
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION #01HE4631722
COMMISSION EXPIRES 09/30/2026

_Nicole Frost_
NICOLE FROST