UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDALL LEE BOSE; NANCY BOSE; DARLENE DEARY; MELINDA D. COLON; VELMA D. COLON; ESTATE OF ISABELLE D. BARTLING, BY ADMINISTRATOR KAREN S. CAPPARELLI; DIJO LP,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF DUTCHESS; CATHERINE WEISSE, DIRECTOR OF REAL PROPERTY TAX SERVICE DUTCHESS COUNTY IN HER OFFICIAL CAPACITY ONLY;<br><br>Defendants | Civil Action No. 7:24-cv-1333 |

### STIPULATION – EXTENDING TIME TO APPEAR OR ANSWER

It is hereby stipulated and agreed by and between the attorneys for the respective parties below, that the Defendants, COUNTY OF DUTCHESS; CATHERINE WEISSE, DIRECTOR OF REAL PROPERTY TAX SERVICE DUTCHESS COUNTY IN HER OFFICIAL CAPACITY ONLY; shall have an extension of time to Answer the "Summons In a Civil Action" and "Amended Complaint" filed by the Plaintiffs' attorney, David M. Giglio & Associates, LLC, until APRIL 9, 2024.

The Defendant hereby waives any challenge or objection to this Court's personal jurisdiction over the Defendant.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 14, 2024

| | |
|---|---|
| **DAVID M. GIGLIO & ASSOCIATES LLC**<br><br>By: _____<br>DAVID M. GIGLIO<br>Attorney for Plaintiffs<br>13 HOPPER STREET<br>UTICA, NY 13501<br>(315) 797-2854<br>E: davidgigliolaw@yahoo.com | **CAROLINE E. BLACKBURN, COUNTY ATTORNEY**<br><br>By: _____<br>CAROLINE E. BLACKBURN<br>Attorney for Defendants<br>22 MARKET STREET, 5TH Fl.<br>POUGHKEEPSIE, NY 12601<br>(845) 486-2110<br>E: cblackburn@dutchessny.gov |