UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

RANDALL LEE BOSE; NANCY BOSE; DARLENE )
DEARY; MELINDA D. COLON; VELMA D. COLON; )
ESTATE OF ISABELLE D. BARTLING, BY )
ADMINISTRATOR KAREN S. CAPPARELLI; )
DIJO LP, )
)
               **Plaintiffs** )
)
               v. )      Civil Action No. 7:24-cv-1333
)
COUNTY OF DUTCHESS; CATHERINE WEISSE, )
DIRECTOR OF REAL PROPERTY TAX SERVICE )
DUTCHESS COUNTY IN HER OFFICIAL CAPACITY )
ONLY; )
)
               **Defendants**

## STIPULATION – EXTENDING TIME TO APPEAR OR ANSWER

    It is hereby stipulated and agreed by and between the attorneys for the respective parties below, that the Defendants, COUNTY OF DUTCHESS; CATHERINE WEISSE, DIRECTOR OF REAL PROPERTY TAX SERVICE DUTCHESS COUNTY IN HER OFFICIAL CAPACITY ONLY; shall have an extension of time to Answer the "Summons In a Civil Action" and "Amended Complaint" filed by the Plaintiffs' attorney, David M. Giglio & Associates, LLC, until APRIL 9, 2024.

    The Defendant hereby waives any challenge or objection to this Court's personal jurisdiction over the Defendant.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 14, 2024

**DAVID M. GIGLIO & ASSOCIATES LLC**

By: _____
DAVID M. GIGLIO
Attorney for Plaintiffs
13 HOPPER STREET
UTICA, NY 13501
(315) 797-2854
E: davidgigliolaw@yahoo.com

**CAROLINE E. BLACKBURN,
COUNTY ATTORNEY**

By: _____
CAROLINE E. BLACKBURN
Attorney for Defendants
22 MARKET STREET, 5TH Fl.
POUGHKEEPSIE, NY 12601
(845) 486-2110
E: cblackburn@dutchessny.gov

So Ordered.
_____
3/19/24