UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Bose, et al.,

                Plaintiffs,

    -against-

County of Dutchess

                Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-1333-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **August 6, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

    **SO ORDERED.**

DATED:    White Plains, New York
              June 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge