UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bose, et al.,

                                    Plaintiffs,                     **ORDER RE STATUS CONFERENCE**

        -against-

County of Dutchess,

                                                         7:24-v-1333 KMK-VR
                                  Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **12/11/2024 at 10:30 am.**

The parties are to dial in to the ATT conference line at **877-336-1839, enter access code 5999739** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                 October 30, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge