UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Bose, et al.,

                                  Plaintiff(s),                       7:24-cv-1333  KMK-VR

        -against-                                             **ORDER**

County of Dutchess,

                                  Defendant(s).
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

Please note the new dial in information for Judge Reznik's telephone conferences:

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681; enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on December 11, 2024

       **SO ORDERED.**

DATED:    White Plains, New York
                December 10, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2024