UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ALEXASANDR MKRTCHYAN, for himself and on behalf of others similarly situated, et. al.,

                                      Plaintiffs,

    - against -                            Case No.: 7:23-cv-10770 (KMK)
                                                  Case No.: 7:24-cv-01333 (KMK)

ORANGE COUNTY, NEW YORK, et. al.,

                                      Defendants;

and

NANCY BOSE, et. al.,

                                      Plaintiffs,

    - against -

COUNTY OF DUTCHESS, NEW YORK et. al.,

                                      Defendants.

_____

**JOINT STIPULATED ORDER OF CONSOLIDATION**

**WHEREAS**, the parties' counsel having conferred with this Court on January 10, 2025, pursuant to Memo Endorsement Order [Doc. No. 93], to discuss a certain Letter Motion filed by Mr. Bullard dated December 13, 2024, [Doc. No. 44 – *Bose et al v. County of Dutchess et al*, 7:24-cv-01333] and have jointly submitted this Stipulated Order;

**WHEREAS**, the Letter Motion seeks consolidation of the named matters contained therein, both of which are currently before this Court;

**WHEREAS**, after conferral at the scheduled conference, the parties, through counsel, agreed, without objection, to consolidate the following two actions: *Bose et al v. County of Dutchess et al,* 7:24-cv-01333 and *Mkrtchyan et al v. Orange County, et al,* 7:23-cv-10770; and

**WHEREAS,** the parties' counsel hereby indicate their respective consent to the consolidation by signature below;

**NOW, THEREFORE, IT IS HEREBY ORDERED** and determined that sufficient basis is present to consolidate the matters; it is further

**ORDERED AND DETERMINED,** this Court under Fed. R. Civ. P. 42 consolidates the *Bose* action into the *Mkrtchyan* action; and

**BE IT FURTHER ORDERED AND DETERMINED THAT**, this Court's consolidation of the actions is for the express purposes of discovery, case management, and motion practice, and as such, separate trials may be held, if necessary, following motion practice.

[Signature Page Follows]

Dated: January 20, 2025

By: /s/ N. Todd Bullard
H. Todd Bullard, Esq.
**Harris Beach Murtha Cullina PLLC**
*Attorneys for Defendant Dutchess County*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800

Dated: January 23, 2025

By: /PJB/
George F. Carpinello, Esq.
**Boies Schiller Flexner LLP**
*Attorneys for Plaintiff*
30 S. Pearl Street, 12ʰ Floor
Albany, New York 12207
Telephone: (518) 434-0600

Dated: January 23, 2025

By: /PJB/
Patrick J. Perotti, Esq.
**Dworken & Bernstein Co. L.P.A.**
*Attorneys for Plaintiffs*
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391

Dated: January 23, 2025

By: /PJB/
Gregory P. Hansel, Esq.
**Preti Flaherty Beliveau & Pachios LLP**
*Attorneys for Plaintiff Rodney R. Ferguss*
One Center City
PO Box 9546
Portland, Maine 04112
Telephone: (207) 791-3111

Dated: January 23, 2025

By: /PJB/
Frank Bartela, Esq.
**Dworken & Bernstein Co. L.P.A.**
*Attorneys for Plaintiffs*
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391

Dated: January 23, 2025

By: /PatB/
Patrick Brickman, Esq.
**Dworken & Bernstein Co. L.P.A.**
*Attorneys for Plaintiffs*
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391

Dated: January 23, 2025

By: /PJB/
Ronald P. Friedberg, Esq.
**Meyers, Roman, Friedberg & Lewis**
*Attorneys for Plaintiffs*
28601 Chagrin Blvd., Ste. 600
Cleveland, Ohio 44122
Telephone: (216) 831-0042

Dated: January 27, 2025

By: /s/ Matthew Joseph Nothnagle
Matthew Joseph Nothnagle, Esq.
**Orange County District Attorney's Office**
*Attorneys for Defendants Orange County and Kerry Gallagher, Orange County Commissioner of Finance*
Office of Richard B. Golden
Orange County Attorney
Orange County Government Center
255 Main Street
Goshen, New York 10924
845-291-3150.

3

**SO, ORDERED**

_____
Hon. Kenneth M. Karas
U. S. District Court Judge

Dated: January_____, 2025